IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FLAKEWOOD ALAN TUCKER, III : CIVIL ACTION
:
v. :
: No. 09-1197
THOMAS JEFFERSON UNIVERSITY :

**ORDER**

AND NOW, this 29th day of December, 2010, "Defendant Thomas Jefferson University's Renewed Motion for Summary Judgment" (docket no. 31) is granted, and judgment is entered in favor of defendant and against plaintiff on all claims.[1]

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] In his memorandum in opposition to defendant's original motions for summary judgment, plaintiff withdrew the retaliation claim, see plaintiff's memorandum, docket no. 27, at 10. Plaintiff did not oppose defendant's motion as to the gender discrimination claim.